IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE MAIDS INTERNATIONAL, INC., a Nebraska corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MAIDS ON CALL, LLC, a Connecticut limited liability company; MAIDS ON CALL II, LLC, a Massachusetts limited liability company; TIMOTHY SCUSSEL; MARYANNE SCUSSEL; SARA ROCK; and STACEY SCUSSEL;<br><br>Defendants. | 8:17CV208<br><br>ORDER |

This matter is before the Court on Defendants' Motion to Extend Time to Respond to Complaint and to File Opposing Papers to Plaintiff's Motion for Preliminary Injunction (Filing No. 27). Defendants request a twenty day extension of time to file both a responsive pleading to the Complaint (Filing No. 1) and a brief and evidence opposing Plaintiff's Motion for Preliminary Injunction (Filing No. 21). Defendants request the extensions because they recently obtained counsel and because the legal and factual issues in this case are complex.

The deadline for Defendants to file a brief and evidence opposing Plaintiff's Motion for Preliminary Injunction (Filing No. 21) is July 14, 2017. See NECivR 7.1(b)(1)(B). Defendants request an extension to August 7, 2017. Plaintiff will consent only to an extension to July 24, 2017. Given Plaintiff's allegations that Defendants' wrongful conduct is currently causing Plaintiff irreparable harm, the Court finds that it is in the interest of justice for the Motion for Preliminary Injunction to be resolved expediently. Therefore, the Court will grant Defendants an extension of time only to the date consented to by Plaintiff: July 24, 2017.

The deadline for Defendants, excluding Stacey Scussel, to file a responsive pleading to the Complaint was July 11, 2017.[1] (See Filing Nos. 16-19). Defendant Stacey Scussel currently has until July 19, 2017, to file a responsive pleading. (See Filing No. 20). Defendants request an extension to July 31, 2017, for all Defendants to file a responsive pleading. (Filing No. 27 at p. 3). Plaintiff consents only to an extension of time to July 26, 2017. (Filing No. 29 at p. 2).

---

[1] Defendants filed the instant motion on July 10, 2017, before the expiration of the initial responsive pleading deadline.

The Court finds Defendants' requested extension to July 31, 2017, to file a responsive pleading is reasonable. The Complaint in this case is twenty-nine pages and includes over 600 pages of attachments. Plaintiff's concerns regarding Defendants' alleged continued harmful conduct during the pendency of this case will be addressed by the Motion for Preliminary Injunction. Plaintiff does not provide any reason why it opposes a longer extension of time for Defendants to file a responsive pleading, other than the fact that twenty-one days is sufficient time for Defendants to respond. Under the circumstances, the Court finds Defendants have shown good cause for an extension of time to July 31, 2017, to file a responsive pleading. Accordingly,

**IT IS ORDERED:** Defendants' Motion to Extend Time to Respond to Complaint and to File Opposing Papers to Plaintiff's Motion for Preliminary Injunction ([Filing No. 27](#)), is granted, in part:

1. All Defendants shall have an extension of time to **July 31, 2017,** to file a responsive pleading to the Complaint.
2. All Defendants shall have an extension of time to **July 24, 2017,** to file a brief and evidence opposing Plaintiff's Motion for Preliminary Injunction ([Filing No. 21](#)).

Dated this 13th day of July, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge