IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE MAIDS INTERNATIONAL, INC., a Nebraska corporation;<br><br>Plaintiff,<br><br>vs.<br><br>MAIDS ON CALL, LLC, a Connecticut limited liability company; MAIDS ON CALL II, LLC, a Massachusetts limited liability company; TIMOTHY SCUSSEL, an individual; MARYANNE SCUSSEL, an individual; SARA ROCK, an individual; STACEY SCUSSEL, an individual; and S.A.G. MANAGEMENT, INC.,<br><br>Defendants. | 8:17CV208<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice, ECF No. 55. The motion complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed, with prejudice, and the Court will not assess costs or attorney's fees. The Court will retain jurisdiction for purposes of enforcing the settlement agreement between the parties, the order for permanent injunction by consent agreed to by the parties, and the confession of judgment signed by Defendants. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal with Prejudice, ECF No. 55, is approved;

2. The above-captioned action is dismissed, with prejudice;

3. Any pending motions are terminated;

4. This Court shall retain jurisdiction over this matter for purposes of enforcing the settlement agreement between the parties, the order for permanent injunction by consent agreed to by the parties, and the confession of judgment signed by defendants;

5. The Clerk will terminate the case for statistical purposes; and

6. The Court will not assess costs or attorney's fees.


Dated this 13th day of December, 2017.

                                                BY THE COURT:

                                                s/Laurie Smith Camp
                                                Chief United States District Judge